IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

```
SOUTHERN DISTRICT OF MISSISSIPPI
         FILED
       OCT 23 2024
       ARTHUR JOHNSTON
BY_____ DEPUTY
```

UNITED STATES OF AMERICA

v.                                                       CRIMINAL NO. 1:24cr130 TBM-RPM

TREVOR BARRON and                                        18 U.S.C. § 111(a)(2) and (b)
TAMOKO JOHNSON                                           18 U.S.C. § 924(c)(1)(A)

**The Grand Jury charges:**

COUNT 1

On or about September 24, 2024, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendants, **TREVOR BARRON AND TAMOKO JOHNSON**, aided and abetted by one another, and others known and unknown to the grand jury, using a deadly and dangerous weapon, that is, a firearm, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer or employee of the United States or a person assisting such an officer or employee, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section did inflict bodily injury upon the victim(s).

In violation of Title 18, United States Code, Sections 111(a)(1), 111(b), and 2.

COUNT 2

On or about September 24, 2024, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendants, **TREVOR BARRON AND TAMOKO JOHNSON**, aided and abetted by one another, and others known and unknown to the grand jury, did knowingly use, carry, brandish, and discharge a firearm, that is a pistol, during and in relation to a crime of violence, for which the defendants may be prosecuted in a court of the United States, that is assaulting, resisting, or impeding certain officers, in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b), as charged in Count 1 of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 924(d)(1).

_____
TODD W. GEE
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 23rd day of October 2024.

_____
UNITED STATES MAGISTRATE JUDGE